**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

VASYL DUDA,

    Plaintiff,                                                                Case No.: 1:26-cv-02462

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Maizhijia |
| 2 | DCORPZ |
| 3 | PLUANCEKN STORE |
| 4 | haoweishangmaobu |
| 5 | MARTESNY |
| 6 | Xpeixing |
| 7 | huibeibei |
| 8 | Dahaostore |
| 9 | Desmond Tinsle |
| 10 | dongguanshijinhonggongyipin |
| 11 | MOFEIYUE |
| 12 | HAOMINGGE |
| 13 | County Grand |
| 14 | SHD PLATE HOME |
| 15 | liu hao yong |
| 16 | LUNHHA |
| 17 | JIQICOM |
| 18 | CFAUIRY |
| 19 | Oyisca |
| 20 | FXZZ DIY |
| 21 | qwiedj |
| 22 | Yanchi Li |
| 23 | OWNHE |

| | |
|---|---|
| 24 | OWNSERIES |
| 25 | Qi You Qi |
| 26 | OWNMEMORY |
| 27 | Eimijax |
| 28 | Daily Clothing |
| 29 | Nujnehc Clothes |
| 30 | LuckyDeal Zone |
| 31 | Chic Wardrobe |
| 32 | Handsome Kids Clothes |
| 33 | MixMatch Wardrobe |
| 34 | A Treasure Shop |
| 35 | FengFire |
| 36 | Qiongxin Technology |
| 37 | Sewlume |
| 38 | Justethan Shop |
| 39 | SanMuLs |
| 40 | hao dian pu |
| 41 | Flylark |
| 42 | LoomRoots |
| 43 | LLRHdzsw |
| 44 | S L Decorative painting monopoly |
| 45 | bigzhang |
| 46 | HomeDecorxy |
| 47 | psxxd |
| 48 | XH Art Decoration |
| 49 | HZCar |